DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**WILLIAM JOHN MONTIGNEY,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-3163

[January 22, 2026]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; William L. Roby, Judge; L.T. Case No. 432024CF000216A.

William J. Montigney, Avon Park, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., GROSS and CIKLIN, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***